THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FBS LACEY, LLC, a Washington limited liability company, <br><br> Plaintiff[s], <br><br> v. <br><br> DOVER HOLDING, LLC a New York limited liability company registered to do business in Washington, <br><br> Defendant[s]. | NO. C07-05009BHS <br><br> STIPULATION AND ORDER OF CONTINUANCE |

## I. STIPULATION

The parties to this action, through their respective counsel of record, hereby agree and stipulate as follows:

1. This matter involves a dispute between a landlord (defendant Dover Holding, LLC) and a tenant (plaintiff FBS Lacey, LLC) involving claims for declaratory judgment, injunction, breach of contract, business interference, and monetary damages regarding the parties' rights, obligations, duties and liabilities arising under a lease relative to eminent domain proceedings occurring in Thurston County Superior Court for the State of Washington. The parties remain mindful of the Court's opinion that the resolution of this litigation would be facilitated by further maturation of the state court condemnation action. That action is ongoing

STIPULATION AND ORDER OF CONTINUANCE (NO. C07-05009BHS) - 1
//.0

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  with a hearing set for July 11, 2008 to define the scope of discovery and hearing related to defendant Dover Holding, LLC's request for attorneys' fees and to set a schedule for resolution of that issue in the state court. The outcome of that hearing may affect the nature of discovery required in this action. The current schedule in this case, however, establishes the discovery cutoff as July 7, 2008, two business days before the Superior Court will hear argument regarding the appropriate discovery and schedule for that case. As such, the parties hereby stipulate and agree to request this Court to continue the trial and all applicable pre-trial dates for approximately three months to a date convenient to the Court on or after February 3, 2009. The trial date is currently scheduled for November 3, 2008.

      2.    Counsel have conferred with the respective parties, who have consented to this proposed continuance.

DATED this 11th day of June, 2008.

| JOHNS MONROE MITSUNAGA PLLC | TOUSLEY BRAIN STEPHENS PLLC |
|---|---|
| By: /s/ Signature Page filed with the Clerk<br>    Darrell Setsuo Mitsunaga, WSBA #12992<br>    mitsunaga@jmmlaw.com<br>    Michael Paul Monroe, WSBA #8512<br>    monroe@jmmlaw.com<br>    Robert D. Johns, WSBA #7086<br>    johns@jmmlaw.com<br>    1601 - 114th Avenue SE, Suite 110<br>    Bellevue, Washington 98004-6969<br>    Tel:    425.451.2812<br>    Fax:    425.451.2818<br><br>*Counsel for Plaintiff* | By: /s/ Nancy A. Pacharzina<br>    Kim D. Stephens, P.S., WSBA #11984<br>    kstephens@tousley.com<br>    Nancy A. Pacharzina, WSBA #25946<br>    npacharzina@tousley.com<br>    1700 Seventh Avenue, Suite 2200<br>    Seattle, Washington 98101<br>    Tel:    206.682.5600<br>    Fax:    206.682.2992<br><br>*Counsel for Defendant* |

STIPULATION AND ORDER OF CONTINUANCE (NO. C07-05009BHS) - 2
//.0

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# ORDER

Based on the foregoing stipulation, the Court hereby continues the court trial to 9:00 a.m. on March 10, 2009, for five days. Pre-trial dates shall be continued for a like period of time as set forth in a Minute Order to be issued subsequently by this Court.

Dated this 19th day of June, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Nancy A. Pacharzina
    Kim D. Stephens, WSBA #11984
    kstephens@tousley.com
    Nancy A. Pacharzina , WSBA #25946
    npacharzina@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Telephone: 206.682.5600

Copy Received; Form Approved, and Notice of Presentation Waived By:

JOHNS MONROE MITSUNAGA PLLC

By: /s/ Signature Page filed with the Clerk
    Darrell Setsuo Mitsunaga, WSBA #12992
    mitsunaga@jmmlaw.com
    Michael Paul Monroe, WSBA #8512
    monroe@jmmlaw.com

STIPULATION AND ORDER OF CONTINUANCE (NO. C07-05009BHS) - 3
//.0

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  Robert D. Johns, WSBA #7086
   johns@jmmlaw.com
2  1601 - 114th Avenue SE, Suite 110
   Bellevue, Washington  98004-6969
3  Tel:       425.451.2812
   Fax:       425.451.2818
4

5  *Counsel for Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF CONTINUANCE (NO. C07-05009BHS) - 4
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darrell Setsuo Mitsunaga
mitsunaga@jmmlaw.com
Michael Paul Monroe
monroe@jmmlaw.com
Robert D. Johns
johns@jmmlaw.com
JOHNS MONROE MITSUNAGA PLLC
1601 - 114th Avenue SE, Suite 110
Bellevue, Washington  98004-6969

*Attorneys for Plaintiff*

DATED at Seattle, Washington, this 19th day of June, 2008.

By: /s/ Nancy A. Pacharzina.
Nancy A. Pacharzina, WSBA #25946
npacharzina@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TOUSLEY BRAIN STEPHENS PLLC
Tel:  206.682.5600
Fax:  206.682.2992

STIPULATION AND ORDER OF CONTINUANCE (NO. C07-05009BHS) - 5
//.0

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992